IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMMY MOZINGO, *et al.* | : CIVIL ACTION |
| | : |
| v. | : NO. 15-529 |
| | : |
| OIL STATES ENERGY SERVICES, L.L.C., *et al.* | : |

## ORDER

AND NOW, this 25th day of September 2017, upon considering the parties' joint Motion for approval of Brian Kubiak's settlement with the Defendants (ECF Doc. No. 327) and having found the Settlement Agreement detailing a promise to pay compensation (ECF Doc. No. 327-1) represents a fair and reasonable resolution of a *bona fide* dispute between the parties under the Fair Labor Standards Act, it is **ORDERED** the joint Motion (ECF Doc. No. 327) is **GRANTED** and Mr. Kubiak's claims under the Fair Labor Standards Act are **dismissed** under Fed. R. Civ. 41.

_____
KEARNEY, J.