IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMMY MOZINGO, *et al.* | : CIVIL ACTION |
| | : |
| v. | : NO. 15-529 |
| | : |
| OIL STATES ENERGY SERVICES, L.L.C. | : |

# Verdict

**We the jury of eight persons unanimously finds:**

**A. As to George Bolen, Jr.'s claim**

1. Is George Bolen, Jr. entitled to compensation for overtime worked between August 25, 2012 and April 30, 2015?

   YES __X__        NO _____

   *If you answered YES to Question 1, please proceed to Questions 2 and 3. If you answered NO to Question 1, please proceed to Question 5.*

2. What amount of compensation is owed George Bolen, Jr. for overtime worked between August 25, 2013 and April 30, 2015?

   __$50,849.62__

3. Did Oil States act willfully or recklessly in failing to pay overtime compensation to George Bolen, Jr.?

   YES _____        NO __X__

   *If you answered YES to Question 3, please proceed to Question 4. If you answered NO to Question 3, please proceed to Question 5.*

1

4. What amount of compensation is owed to George Bolen, Jr. for overtime worked between August 25, 2012 and August 24, 2013?

_____

### B. As to Michael George's claim

5. Is Michael George entitled to compensation for overtime worked between April 22, 2013 and June 23, 2014?

YES __X__          NO _____

*If you answered YES to Question 5, please proceed to Questions 6 and 7. If you answered NO to Question 5, please proceed to Question 9.*

6. What amount of compensation is owed for overtime worked by Michael George between August 25, 2013 and June 23, 2014?

__$29,137.52__

7. Did Oil States act willfully or recklessly in failing to pay overtime compensation to Michael George?

YES _____          NO __X__

*If you answered YES to Question 7, please proceed to Question 8. If you answered NO to Question 7, please proceed to Question 9.*

8. What amount of compensation is owed to Michael George for overtime worked between April 22, 2013 and August 24, 2013?

_____

### C. As to Stephen Soltesz-Haughton's claims

9. Is Stephen Soltesz-Haughton entitled to compensation for overtime worked between June 10, 2012 and February 18, 2015?

YES __X__          NO _____

*If you answered YES to Question 9, please proceed to Question 10 and 11.*
*If you answered NO to Question 9, please proceed to Question 13.*

10. What amount of compensation is owed Stephen Soltesz-Haughton for overtime worked between June 10, 2013 and February 18, 2015?

$52,345.32

11. Did Oil States act willfully or recklessly in failing to pay overtime compensation to Stephen Soltesz-Haughton?

YES _____    NO __X__

*If you answered YES to Question 11, please proceed to Question 12.*
*If you answered NO to Question 11, please proceed to Question 13.*

12. What amount of compensation is owed to Stephen Soltesz-Haughton for overtime worked between June 10, 2012 and June 9, 2013?

_____

**D. As to Jeffrey Steffish's claims**

13. Is Jeffrey Steffish entitled to compensation for overtime worked between October 20, 2012 and June 30, 2015?

YES __X__    NO _____

*If you answered YES to Question 13, please proceed to Question 14 and 15.*
*If you answered NO to Question 13, STOP and please sign below.*

3

14. What amount of compensation is owed Jeffrey Steffish for overtime worked between October 20, 2013 and June 30, 2015?

$$\underline{\$50,393.28}$$

15. Did Oil States act willfully and recklessly in failing to pay overtime compensation to Jeffrey Steffish?

YES _____          NO __X__

*If you answered YES to Question 15, please proceed to Question 16.*
*If you answered NO to Question 15, STOP and please sign below.*

16. What amount of compensation is owed to Jeffrey Steffish for overtime worked between October 20, 2012 and October 19, 2013?

_____

**YOU COMPLETED YOUR DELIBERATIONS. PLEASE NOTIFY THE DEPUTY CLERK YOU ARE READY TO RETURN TO THE COURTROOM TO RENDER YOUR VERDICT.**

*Amy Shinsky*
Foreperson
Date: 3/16/18

4