IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMMY MOZINGO, *et al.* | : CIVIL ACTION |
| | : |
| v. | : NO. 15-529 |
| | : |
| OIL STATES ENERGY SERVICES, L.L.C., *et al.* | : |

# ORDER

**AND NOW**, this 30th day of April 2018, following the entry of two (2) jury verdicts (ECF Doc. Nos. 381, 451), our November 30, 2017 and April 30, 2018 Orders granting motions for liquidated damages and our approval of the settlement of the remaining Plaintiffs' claims (ECF Doc. Nos. 101, 328, 413, 481), it is **ORDERED**:

1. **JUDGMENT** is entered against Oil States Energy Services, L.L.C., Oil States Energy Services Holding, Inc. and Oil States International, Inc. and in favor of eight (8) individual Plaintiffs:

    a. **Michael Burchik - $178, 388.00**

    b. **Wayne Eddy - $265, 688.00**

    c. **Jason Lett - $54,262.00**

    d. **Robert Pickel - $139, 366.00**

    e. **George Bolen, Jr. - $101, 699.24**

    f. **Michael George - $58, 275.04**

    g. **Stephen Soltesz-Haughton - $104, 690.64**

    h. **Jeffrey Steffish - $100, 786.56**

2. Parties may move for post-trial relief on or before **May 29, 2018** with responses due no later than **June 15, 2018**; and,

3. Plaintiffs may move for reasonable attorneys' fees and costs following briefing on post-trial motions so as to appropriately address claims for all reasonable attorneys' fees and costs through filing and briefing of the post-trial motions, but no later than **July 2, 2018** with responses due within fourteen (14) days of the Plaintiffs' moving for reasonable fees and costs.

_____
KEARNEY, J.