# Exhibit B to the
# Chivers Declaration




# Invoices for Expenses of
# The Employment Rights Group

## The Employment Rights Group
## Statement of Expenses
### *Mozingo, et al. v. Oil States Energy Services, LLC*

| Date | Description | Details | Amount |
|---|---|---|---|
| 4/23/2015 | Filing Fee | Receipt number 0315-3562573 | $400.00 |
| 5/7/2015 | Service of Complaint | All Texas Couriers & Process Servers; Invoice #554719, 720 & 724 | $225.00 |
| 12/21/2015 | Mozingo Mediation | Leech Tishman/Sally Cimini, Esq.; Invoice No. 125013 | $2,061.32 |
| 12/21/2015 | Bruegger's Bagels (Mediation) | Order No. 1058299 | $41.97 |
| 12/21/2015 | Starbucks Coffee (Mediation) | Order No. 2160707 | $31.99 |
| 12/23/2015 | Copies at Carson (copies of plaintiffs' tally books at Oil States' request) | Work Order # 94510 -Black and White (64 @ $0.08); Black and | $104.81 |
| 12/23/2015 | Jet Messenger Service (delivery of tally books for copying at Oil States' request) | To: Copies at Carson; From: Copies at Carson | $17.24 |
| 12/31/2015 | Adam Fowler Deposition Transcript | Network Deposition Services; 71645 | $966.45 |
| 12/31/2015 | Barry Blank Deposition Transcript | Network Deposition Services; 71643 | $790.05 |
| 3/7/2016 | Matthew Williams Deposition Transcript | DTI; M-055359 | $1,285.00 |
| 3/8/2016 | Ryan Karmann Deposition Transcript | DTI; M-057740 | $1,041.50 |
| 3/9/2016 | George Bolen Deposition Transcript | DTI; M-055359 | $985.50 |
| 3/10/2016 | Jeffrey Steffish Deposition Transcript | DTI; M-058271 | $1,220.00 |
| 3/14/2016 | Kari Gordon Deposition Transcript | DTI; M-060573 | $838.00 |
| 3/15/2016 | Jason Lett Deposition Transcript | DTI; M-060575 | $575.50 |
| 3/15/2016 | Robert Pickel Deposition Transcript | DTI; M-060580 | $659.50 |
| 3/18/2016 | Reimbursement of Expenses: K. Gordon travel to deposition in Pittsburgh from house in Tennessee | Hampton Inn $258.62; Exxon Express $29.77; Shell $8.27; Express Pay Little General #406 $29.03; Marathon $22.47; Circle K $27.57 | $375.73 |
| 3/21/2016 | Wayne Eddy Deposition Transcript | DTI; M-061067 | $772.00 |
| 3/24/2016 | Michael George Deposition Transcript | DTI; M-061078 | $982.00 |
| 3/25/2016 | Scot Pond Deposition Transcript | DTI; M-061104 | $926.00 |
| 4/5/2016 | Don Bratton Deposition Transcript | DTI; M-062732 | $1,097.50 |
| 4/12/2016 | Michael Burchik Deposition Transcript | DTI; M-0627728 | $1,028.50 |
| 4/15/2016 | Stephen Haughton Deposition Transcript | DTI; M-066059 | $915.50 |
| 4/18/2016 | Service of Third Party Subpoenas on Ford, GM, and FCA LLC (vehicle information documents) | Advanced Surveillance Group; Amex payment 4/18/16 | $525.00 |
| 5/20/2016 | General Motors LLC (Discovery Expenses) | Search and Retrieval; Check No. 1123 | $481.06 |
| 6/8/2016 | Service of Subpoena (J. Curry) | Jackson and Associates; Check No. 1146 | $105.00 |
| 6/8/2016 | Witness Fee (J. Curry) | Check No. 1145 | $50.00 |
| 6/16/2016 | Jill Curry Deposition (Invoice for Video Conference, Synch & Media) | DTI; M-079106 | $995.00 |
| 6/16/2016 | Jill Curry Deposition (Invoice for Transcript and Exhibit Scanning) | DTI; M-078039 | $837.80 |
| 6/17/2016 | Terry Woodall Deposition (Invoice for Video Conference, Synch & Media, and Transcript) | DTI; M-079094 | $1,635.00 |

| | | | |
|---|---|---|---|
| 6/20/2016 | Corey Michael Courts Deposition (Invoice for Video Conferene, Synch & Media) | DTI; M-079096 | $1,080.00 |
| 6/20/2016 | Corey Michael Courts Deposition (Invoice for Transcript and Exhibit Scanning) | DTI; M-078036 | $1,269.70 |
| 6/21/2016 | Reimbursement of Expenses: D. Bratton travel to post-discovery status conference in Pittsburgh from house in North Carolina | E-Ticket Confirmation CSZYJP 21Jun | $541.20 |
| 6/22/2016 | Brueggers (Bagels & Coffee) for Status Conference | Order No. 2212050 | $53.47 |
| 6/22/2016 | Reimbursement of Expenses: K. Gordon travel to post-discovery status conference in Pittsburgh from house in Tennessee | Fuel 6/23/16-6/26/16; Hampton Inn (guest room and parking) | $473.20 |
| 6/24/2016 | Copies at Carson (Scanning of tally books for use in summary-judgment briefing) | Work Order # 95764 -Scan Text $679.35 (1941 @ $0.35 per page); Scan Hand Placed (1353 @1.00); Manual Staple (84 @ $0.05); CD Archiving-CDR (6 @$5.00) | $2,211.21 |
| 12/21/2016 | Brueggers (Bagels & Coffee) for mediation | Order No. 2297841 | $102.67 |
| 7/19/2017 | Reimbursement of Expenses: K. Gordon travel to second deposition in Pittsburgh from house in Tennessee | Homewood Suites (Smallman Street) $395.71; Exxon Express $23.78; Go-Mart $41.53 | $461.02 |
| **Total** | | | **$28,162.39** |

**Jessica Grass**

**From:** paygovadmin@mail.doc.twai.gov
**Sent:** Wednesday, April 22, 2015 4:51 PM
**To:** jgrass@employmentrightsgroup.com
**Subject:** Pay.gov Payment Confirmation: PAWD CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact PAWD Intake at (412) 208-7500.

Application Name: PAWD CM ECF
Pay.gov Tracking ID: 25KV4T24
Agency Tracking ID: 0315-3562573
Transaction Type: Sale
Transaction Date: Apr 22, 2015 4:51:21 PM

Account Holder Name: Joseph Chivers
Transaction Amount: $400.00
Billing Address: 100 First Avenue
Billing Address 2: Suite 1010
City: Pittsburgh
State/Province: PA
Zip/Postal Code: 15222
Country: USA
Card Type: AmericanExpress
Card Number: ************3000

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

| | |
|---|---|
| **From:** | All Texas Couriers & Process Servers <invoicing@messaging.squareup.com> |
| **Sent:** | Thursday, May 07, 2015 1:24 PM |
| **To:** | jgrass@employmentrightsgroup.com |
| **Subject:** | Invoice Paid: #554719, 720 & 724 from All Texas Couriers & Process Servers |

# Invoice from All Texas Couriers & Process Servers

## Total due  $225.00

**PAID ON MAY 7, 2015**



# All Texas Couriers & Process Servers

INVOICE

May 7, 2015

To: The Employment Rights Group

jgrass@employmentrightsgroup.com

Invoice #554719, 720 & 724

Serve each of the following

Oil States Energy Services, LLC

Three Allen Center

333 Clay Street, Suite 2100

Houston, TX 77002

Oil States Energy Services Holding, Inc.

Three Allen Center

1

333 Clay Street, Suite 4620

Houston, TX 77002

Oil States International, Inc.

Three Allen Center

333 Clay Street, Suite 4620

Houston, TX 77002

We appreciate your business.

| | |
|---|---|
| Service of Process (Service of Process $75.00) x 3 | $225.00 |
| **Subtotal** | **$225.00** |
| **Total** | **$225.00** |



ALL TEXAS COURIERS & PROCESS SERVERS

squareup@alltexascouriers.com

972-618-2700

© 2009–2015 Square, Inc.  Security  |  Privacy

525 William Penn Place, 28th Floor
Pittsburgh, PA 15219



# LEECHTISHMAN
## LEECH TISHMAN FUSCALDO & LAMPL

(412) 261-1600
(412) 227-5551 Fax
www.leechtishman.com

EIN:  25-1739882

December 23, 2015
Invoice # 125013
Matter #        11982-257

Joseph H. Chivers, Esq.
100 First Avenue, Suite 1010
Pittsburgh, PA 15222

*Re: Mozingo, et al v. Oil States Energy Services, LLC, et al.*

MEDIATION DATE:    *December 21, 2015*

Professional Services:

| | Amount |
|---|---|
| Two Parties @ $3,500/day - Prepare for and attend mediation. | 3,500.00 |
| **Total Fees** | **$3,500.00** |

Costs/Advances:

| | |
|---|---|
| Mediation Luncheon | 311.32 |
| **Total Expenses** | **$311.32** |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES | $3,811.32 |
| **Your Portion of Amount** | 2,061.92 |

*2,061.32*

All fees and costs are due upon the conclusion of the mediation process.  If full payment is not made within 30 days after the bill is issued to the parties, the Mediator will notify the Court as required by Rule 3.3B of the ADR Policies and Procedures of the U.S. District Court for the Western District of Pennsylvania.

# BRUEGGER'S
25 Market Street
Pittsburgh, PA 15222
412-281-2515

```
 12/21/2015 8:48:32 AM    Eat In
 Order Number:    1058299
1  Big Bagel Bundle              13.99
1  Big Bagel Bundle              13.99
1  Big Bagel Bundle              13.99

   Discount Total:               0.00
   Sub. Total:                  41.97
   State & Local Tax:            0.00
   Total:                       41.97

   Change                       0.00
   Visa:                       -41.97
   Register:2       Tran Seq No: 1058299
   Store No:0104               Dreher
```

Kudos, Comments, Questions?
Call 1-888-8BAKERY
www.brueggers.com

Visa
Card Num : XXXXXXXXXXXX8204
Terminal : 000801401043
Approval : 899971

I agree to pay the above Total Amount
according to Card Issuer Agreement.

Signature: _____
Merchant Copy

STARBUCKS  Store #0784
7 Market Square
Pittsburgh, PA (412) 201-0296

CHK 721214
12/21/2015 08:31 AM
2160707   Drawer: 2  Reg: 1

Coffee Traveler                14.95
Coffee Traveler                14.95
Visa                           31.99
XXXXXXXXXXXX8204

Subtotal                      $29.90
Tax 7%                         $2.09
Total                         $31.99
Change  Due                    $0.0

------- Check Closed -------
12/21/2015 08:31 AM

Join our loyalty program
My Starbucks Rewards(R)
Sign up for promotional emails
Visit Starbucks.com/rewards
Or download our app
At participating stores
Some restrictions apply



# copiesatcarson,inc.

Copies at Carson, Inc.
1315 East Carson Street
Pittsburgh, PA  15203
P:412.481.4875
F:412.481.4890
printme@copiesatcarson.com

## Sales Receipt

Work Order #:        94510
Transaction #:       334454
Date:   12/23/2015   Time:  7:36:57 PM
Cashier:   900       Register #:   1

Reference: The Employment Rights Group
           Per: K. Aileen

| Description | Amount |
|---|---|
| BW8.5X11-20# | $5.12 |
| QUANTITY 1-100 | |
| 64 @ $0.08 | |
| BW8.5X14"-20# | $0.48 |
| QUANTITY 1-100 | |
| 6 @ $0.08 | |
| 2BW8.5X11 | $3.25 |
| QUANTITY 1-100 | |
| 25 @ $0.13 | |
| BW8.5X11-20# HAND PLACED | $89.10 |
| 891 @ $0.10 | |

|  |  |
|---|---|
| Sub Total | $97.95 |
| PA Sales Tax 7.0% | $6.86 |
| Total | $104.81 |
| American Express Tendered | $104.81 |
| Change Due | $0.00 |

Thank you for shopping!

Jet Messenger Service Inc.

Suite B309
800 Vinial Street
Pittsburgh, PA  15212

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/3/2016 | 4268 |

| Bill To |
|---------|
| Joseph H. Chivers<br>100 First Avenue Ste 650<br>Attn: Accounts Payable<br>Pittsburgh, PA  15222 |

| | **Total** |

Jet Messenger Service Inc.

# Invoice

Suite B309
800 Vinial Street
Pittsburgh, PA 15212

| Date | Invoice # |
|------|-----------|
| 1/3/2016 | 4268 |

| Bill To |
|---------|
| Joseph H. Chivers |
| 100 First Avenue Ste 650 |
| Attn: Accounts Payable |
| Pittsburgh, PA 15222 |

| | | | | |
|---|---|---|---|---|
| 12/23/2015 | #43941 From: CHIVERS, 100 FIRST AVE 650<br><br>PITTSBURGH, PA, 15222<br><br>To: COPIES AT CARSON , 1315 E Carson St<br>Pitts, PA, 15203 | Round Trip: No<br><br>Ref: CATHERINE<br><br>Signed By: Elan W<br>Delivery Time: | Regular: 1.6mi.: $7.20<br>Weight: 15lbs.: $1.54 | 8.74<br><br>*mozingo* |
| 12/24/2015 | #44063 From: COPIES AT CARSON , 1315 E Carson St<br>Pitts, PA, 15203<br><br>To: CHIVERS, 100 FIRST AVE 6th fl<br>PITTSBURGH, PA, 15222 | Round Trip: No<br><br>Ref: katherine - mozingo<br>Signed By:<br>Delivery Time:<br>2015-12-24 10: | Rush: 1.6mi.: $8.50 | 8.50<br><br>*mozingo* |

| | Total | $200.72 |
|---|-------|---------|

# INVOICE

NETWORK DEPOSITION SERVICES
707 Grant Street, Suite 1101
Pittsburgh, Pennsylvania 15219

P:866-565-1929   F: 412-291-1766
www.ndsreporting.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71645*** | 12/31/2015 | 43253 |
| **Job Date** | **Case No.** | |
| 12/18/2015 | 2:15-529 CB | |
| **Case Name** | | |
| Sammy Mozingo, et al v. Oil States Energy Services, LLC, et al | | |
| **Payment Terms** | | |
| Net 30 | | |

Mr. Jeffrey Chivers
The Employment Rights Group
100 First Avenue
First & Market Building, Suite 1010
Pittsburgh PA 15222

---

ORIGINAL TRANSCRIPT OF:

| | |
|---|---|
| Adam Fowler | 891.45 |
| Appearance - Full Day | 75.00 |
| **TOTAL DUE >>>** | **$966.45** |

Thank you for your business!

---

**Tax ID:** 02-0680493

*Please detach bottom portion and return with payment.*

Mr. Jeffrey Chivers
The Employment Rights Group
100 First Avenue
First & Market Building, Suite 1010
Pittsburgh PA 15222

| | | |
|---|---|---|
| Invoice No. | : | 71645*** |
| Invoice Date | : | 12/31/2015 |
| **Total Due** | : | **$ 966.45** |

Remit To: **Urbash Professional Reporting, Inc.**
**d/b/a NETWORK DEPOSITION SERVICES**
**2936 McNeal Road**
**Allison Park PA 15101**

| | | |
|---|---|---|
| Job No. | : | 43253 |
| BU ID | : | Pittsburgh |
| Case No. | : | 2:15-529 CB |
| Case Name | : | Sammy Mozingo, et al v. Oil States Energy Services, LLC, et al |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71643*** | 12/31/2015 | 43252 |
| **Job Date** | **Case No.** | |
| 12/17/2015 | 2:15-529 CB | |
| **Case Name** | | |
| Sammy Mozingo, et al v. Oil States Energy Services, LLC, et al | | |
| **Payment Terms** | | |
| Net 30 | | |

NETWORK DEPOSITION SERVICES
707 Grant Street, Suite 1101
Pittsburgh, Pennsylvania  15219

P:866-565-1929   F: 412-291-1766
www.ndsreporting.com

Mr. Jeffrey Chivers
The Employment Rights Group
100 First Avenue
First & Market Building, Suite 1010
Pittsburgh PA  15222

ORIGINAL TRANSCRIPT OF:

   Barry Blank                                         715.05

       Appearance - Full Day                   75.00

                              **TOTAL DUE  >>>**       **$790.05**

Thank you for your business!

**Tax ID:** 02-0680493

*Please detach bottom portion and return with payment.*

Mr. Jeffrey Chivers
The Employment Rights Group
100 First Avenue
First & Market Building, Suite 1010
Pittsburgh PA  15222

| | | |
|---|---|---|
| Invoice No. | : | 71643*** |
| Invoice Date | : | 12/31/2015 |
| **Total Due** | **:** | **$ 790.05** |

Remit To: **Urbash Professional Reporting, Inc.**
        **d/b/a NETWORK DEPOSITION SERVICES**
        **2936 McNeal Road**
        **Allison Park PA  15101**

| | | |
|---|---|---|
| Job No. | : | 43252 |
| BU ID | : | Pittsburgh |
| Case No. | : | 2:15-529 CB |
| Case Name | : | Sammy Mozingo, et al v. Oil States Energy Services, LLC, et al |

**Jessica Grass**

| | |
|---|---|
| **From:** | Do-Not-Reply@E-billexpress.com |
| **Sent:** | Friday, April 22, 2016 3:52 PM |
| **To:** | jgrass@employmentrightsgroup.com |
| **Subject:** | Your one-time Payment to Document Technologies LLC has been initiated |



**E-Bill** Express

**Your One-time Payment to Document Technologies LLC is being processed.**

| | |
|---|---|
| Invoice # or Bill to Name: | M-055359 |
| Account Name: | Joseph Chivers |
| Payment Account: | American Express ****3000 |
| Payment Amount: | $1,285.00 |
| Total Amount: | $1,285.00 |
| Creation Date: | Friday, April 22, 2016 |
| Payment Date: | Friday April 22, 2016 |

**1 Bill paid with this One-time Payment**

| Confirmation # | Invoice # or Bill to Name | Invoice Number | Account | Payment Amount | Please Enter | Deponent, Case Caption, Job Date, Additional Invoices |
|---|---|---|---|---|---|---|
| 3002207313 | M-055359 | M-055359 | $1,285.00 | $1,285.00 | 01 - Please Enter | Matthew Williams, Mozingo v. Oil States, 3/7/16 |

**Please DO NOT reply to this email. This email message was sent from a notification address that cannot accept incoming email.**

**To contact us, click here and review the Contact Us section on our web site.**

**Jessica Grass**

| | |
|---|---|
| **From:** | Do-Not-Reply@E-billexpress.com |
| **Sent:** | Monday, June 06, 2016 3:51 PM |
| **To:** | jgrass@employmentrightsgroup.com |
| **Subject:** | Your one-time Payment to Document Technologies LLC has been initiated |



**E-Bill** Express

### Your One-time Payment to Document Technologies LLC is being processed.

| | |
|---|---|
| Invoice # or Bill to Name: | M-057740 |
| Account Name: | The Employment Rights Group |
| Payment Account: | American Express ****3000 |
| Payment Amount: | $1,041.50 |
| Total Amount: | $1,041.50 |
| Creation Date: | Monday, June 06, 2016 |
| Payment Date: | Monday, June 06, 2016 |

**1 Bill paid with this One-time Payment**

| Confirmation # | Invoice # or Bill to Name | Invoice Number | Account | Payment Amount | Please Enter | Deponent, Case Caption, Job Date, Additional Invoices |
|---|---|---|---|---|---|---|
| 3002462513 | M-057740 | M-057740 | $1,041.50 | $1,041.50 | 01 - Please Enter | Deponent: Ryan Karmann; Mozingo v. Oil States Energy Services; Job Date: 3/8/16 |

**Please DO NOT reply to this email. This email message was sent from a notification address that cannot accept incoming email.**

**To contact us, click here and review the Contact Us section on our web site.**

.

**Jessica Grass**

**From:** Do-Not-Reply@E-billexpress.com
**Sent:** Friday, April 22, 2016 3:54 PM
**To:** jgrass@employmentrightsgroup.com
**Subject:** Your one-time Payment to Document Technologies LLC has been initiated



**E-Bill** Express

### Your One-time Payment to Document Technologies LLC is being processed.

| | |
|---|---|
| Invoice # or Bill to Name: | M-055359 |
| Account Name: | Joseph Chivers |
| Payment Account: | American Express ****3000 |
| Payment Amount: | $985.50 |
| Total Amount: | $985.50 |
| Creation Date: | Friday, April 22, 2016 |
| Payment Date: | Friday April 22, 2016 |

**1 Bill paid with this One-time Payment**

| Confirmation # | Invoice # or Bill to Name | Invoice Number | Account | Payment Amount | Please Enter | Deponent, Case Caption, Job Date, Additional Invoices |
|---|---|---|---|---|---|---|
| 3002207325 | M-055359 | 3/9/16 | $985.50 | $985.50 | 01 - Please Enter | George Bolen, Jr., Mozingo v. Oils States, 3/9/16 |

Please DO NOT reply to this email. This email message was sent from a notification address that cannot accept incoming email.

To contact us, click here and review the Contact Us section on our web site.

**Jessica Grass**

**From:**          E-BillExpress@E-billexpress.com
**Sent:**          Wednesday, July 20, 2016 1:27 PM
**To:**            jgrass@employmentrightsgroup.com
**Subject:**       Your one-time Payment to Document Technologies LLC has been initiated



**E-Bill** Express

### Your One-time Payment to Document Technologies LLC is being processed.

| | |
|---|---|
| Invoice # or Bill to Name: | M-058271 |
| Account Name: | The Employment Rights Group |
| Payment Account: | American Express ****3000 |
| Payment Amount: | $1,220.00 |
| Total Amount: | $1,220.00 |
| Creation Date: | Wednesday, July 20, 2016 |
| Payment Date: | Wednesday, July 20, 2016 |

**1 Item paid with this One-time Payment**

| Confirmation # | Invoice # or Bill to Name | Invoice Number | Account | Payment Amount | Please Enter | Deponent, Case Caption, Job Date, Additional Invoices |
|---|---|---|---|---|---|---|
| 3002764966 | M-058271 | M-058271 | $1,220.00 | $1,220.00 | 01 - Please Enter | Deponent Jeffrey Steffish, Mozingo v. Oil States, Job Date 3/10/16 |

**Please DO NOT reply to this email. This email message was sent from a notification address that cannot accept incoming email.**

**To contact us, click here and review the Contact Us section on our web site.**

**Jessica Grass**

**From:** Do-Not-Reply@E-billexpress.com
**Sent:** Monday, June 06, 2016 3:55 PM
**To:** jgrass@employmentrightsgroup.com
**Subject:** Your one-time Payment to Document Technologies LLC has been initiated



**E-Bill** Express

**Your One-time Payment to Document Technologies LLC is being processed.**

|  |  |
|---|---|
| Invoice # or Bill to Name: | M-060573 |
| Account Name: | The Employment Rights Group |
| Payment Account: | American Express ****3000 |
| Payment Amount: | $838.00 |
| Total Amount: | $838.00 |
| Creation Date: | Monday, June 06, 2016 |
| Payment Date: | Monday, June 06, 2016 |

**1 Bill paid with this One-time Payment**

| Confirmation # | Invoice # or Bill to Name | Invoice Number | Account | Payment Amount | Please Enter | Deponent, Case Caption, Job Date, Additional Invoices |
|---|---|---|---|---|---|---|
| 3002462558 | M-060573 | M-060573 | $838.00 | $838.00 | 01 - Please Enter | Deponent: Kari Gordon; Mozingo v. Oil States; Job Date: 3/14/16 |

**Please DO NOT reply to this email. This email message was sent from a notification address that cannot accept incoming email.**

**To contact us, click here and review the Contact Us section on our web site.**

**Jessica Grass**

| | |
|---|---|
| **From:** | E-BillExpress@E-billexpress.com |
| **Sent:** | Tuesday, November 22, 2016 2:25 PM |
| **To:** | jgrass@employmentrightsgroup.com |
| **Subject:** | Your one-time Payment to Document Technologies LLC has been initiated |



**E-Bill** Express

### Your One-time Payment to Document Technologies LLC is being processed.

| | |
|---|---|
| Invoice # or Bill to Name: | M-060576 |
| Account Name: | The Employment Rights Group |
| Payment Account: | American Express ****3000 |
| Payment Amount: | $575.50 |
| Total Amount: | $575.50 |
| Creation Date: | Tuesday, November 22, 2016 |
| Payment Date: | Tuesday, November 22, 2016 |

**1 Item paid with this One-time Payment**

| Confirmation # | Invoice # or Bill to Name | Invoice Number | Account | Payment Amount | Please Enter | Deponent, Case Caption, Job Date, Additional Invoices |
|---|---|---|---|---|---|---|
| 3003893650 | M-060576 | M-060576 | $575.50 | $575.50 | 01 - Please Enter | Mozingo v. Oil States; Jason Lett 3/15/16 |

**Please DO NOT reply to this email. This email message was sent from a notification address that cannot accept incoming email.**

**To contact us, click here and review the Contact Us section on our web site.**

**Jessica Grass**

**From:** E-BillExpress@E-billexpress.com
**Sent:** Tuesday, November 22, 2016 2:30 PM
**To:** jgrass@employmentrightsgroup.com
**Subject:** Your one-time Payment to Document Technologies LLC has been initiated



**E-Bill** Express

### Your One-time Payment to Document Technologies LLC is being processed.

| | |
|---|---|
| Invoice # or Bill to Name: | M-060580 |
| Account Name: | The Employment Rights Group |
| Payment Account: | American Express ****3000 |
| Payment Amount: | $659.50 |
| Total Amount: | $659.50 |
| Creation Date: | Tuesday, November 22, 2016 |
| Payment Date: | Tuesday, November 22, 2016 |

**1 Item paid with this One-time Payment**

| Confirmation # | Invoice # or Bill to Name | Invoice Number | Account | Payment Amount | Please Enter | Deponent, Case Caption, Job Date, Additional Invoices |
|---|---|---|---|---|---|---|
| 3003893765 | M-060580 | Jessica Grass | $659.50 | $659.50 | 01 - Please Enter | Mozingo v. Oil States; 3/17/16; Robert Pickel |

**Please DO NOT reply to this email. This email message was sent from a notification address that cannot accept incoming email.**

**To contact us, click here and review the Contact Us section on our web site.**

# REIMBURSEMENT TO KARI GORDON 3/18/16

GORDON, KARI

6653 GRACE NICELY LN

CORRYTON TN 37721

UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 806/KXLX |
| Arrival Date: | 3/13/2016 5:06:00 PM |
| Departure Date: | 3/15/2016 12:19:00 PM |
| Adult/Child: | 2/0 |
| Cashier ID: | SGORDONHUESING/SAMANTHA |
| Room Rate: | 101.15 |
| AL: | |
| HH # | 235482244 DIAMOND |
| VAT # | |
| Folio No/Che | 476600 A |

Confirmation Number: 86705606

HAMPTON INN UNIV CENTER 3/15/2016 12:19:00 PM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 3/13/2016 | 1543687 | PARKING | $10.18 |
| 3/13/2016 | 1543687 | PARKING TAX | $3.82 |
| 3/13/2016 | 1543688 | GUEST ROOM | $101.15 |
| 3/13/2016 | 1543688 | STATE TAX | $7.08 |
| 3/13/2016 | 1543688 | COUNTY TAX | $7.08 |
| 3/14/2016 | 1543883 | PARKING | $10.18 |
| 3/14/2016 | 1543883 | PARKING TAX | $3.82 |
| 3/14/2016 | 1543884 | GUEST ROOM | $101.15 |
| 3/14/2016 | 1543884 | STATE TAX | $7.08 |
| 3/14/2016 | 1543884 | COUNTY TAX | $7.08 |
| 3/15/2016 | 1543991 | VS *0538 | ($258.62) |

You have earned approximately 6318 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

CREDIT CARD DETAIL

| | | | |
|---|---|---|---|
| APPR CODE | 08065B | MERCHANT ID | 8014551082 |
| CARD NUMBER | VS *0538 | EXP DATE | 10/17 |
| TRANSACTION ID | 1543991 | TRANS TYPE | Sale |

EXPRESS PAY
LITTLE GENERAL # 406
THANK YOU

DATE 03/13/16   12:42
TRAN# 9022051
PUMP# 02
SERVIE LEVEL  SELF
PRODUCT: Unlead 87
GALLONS:        15.287
PRICE/G:     $   1.899
FUEL SALE    $  29.03
    CREDIT      $29.03

Visa
XXXXXXXXXXX0538
Auth #: 065048
Resp Code: 0
Stan: 0178574 70
Invoice #: 57587
Shift #: 1

Store #
SITE ID: FE54 106600
01

THANK YOU
HAVE A NICE DAY

---

EXXON EXPRESS PAY
I-79 EXXON
FG42110120001
273 E ROY FURMAN HWY
JAYNESBURG  - PA
15370
03/15/2016  955682468
07:51:16 AM

XXXXXXXXXXX0538
isa
GRDON/KARI
INVOICE 082833
AUTH 067308

PUMP# 2
Regular
PRICE/GAL         14.185G
                   $2.099

FUEL TOTAL   $   29.77

CREDIT       $   29.77

Customer-activated Purchase/Capture
Site #: 000000004204055
Shift Number 1
Sequence Number 02686
APPROVED  067308

---

WELCOME
SALES RECEIPT
57 546 117607
SHELL
7100 TAZEWELL PK
CORRYTON
TN 37721

DATE03/15/16  4:03PM
INVOICE# 137984
AUTH#    00248B
VISA
ACCOUNT NUMBER
XXXX XXXX XXXX 0538

PUMP PRODUCT    $/G
01   UNLD   $1.699

GALLONS    FUEL TOTAL
4.867       $  8.27

TOTAL SALE   $  8.27

Save $0.25/gal! Join
the Fuel Rewards
program today.

Terms & conditions
apply. Offer ends
6/5/16. Visit
fuelrewards.com

THANK YOU
COME BACK SOON

---

WELCOME
0000195081-01
SALES DISCOUNT
870 E MAIN ST
ABINGDON            VA

VISA
AUTH#  00 DOC# 25633
DATE 03/15/16  11:21
PUMP # 03
PRODUCT: UNLD
APPROVAL # 04022B
GALLONS:        12.493
PRICE/G:     $   1.799
FUEL SALE    $  22.47

EARN UP TO $.25 ON
MARATHON PURCHASES
WITH MARATHON VISA

THANK YOU
HAVE A NICE DAY



# Transaction Details

**Description:** BP#8252157CIRCLE K ST 27

**Transaction Date:** 3/12/2016

**Posted Date:** 3/14/2016

**Amount:** $27.57

**Category:** Gas/Automotive

**Details:** Gas

**Jessica Grass**

---

**From:** E-BillExpress@E-billexpress.com
**Sent:** Tuesday, December 20, 2016 9:57 AM
**To:** jgrass@employmentrightsgroup.com
**Subject:** Your one-time Payment to Document Technologies LLC has been initiated



**E-Bill** Express

---

**Your One-time Payment to Document Technologies LLC is being processed.**

Invoice # or Bill to Name: M-061067

Account Name: The Employment Rights Group

Payment Account: American Express ****3000

Payment Amount: $772.00

Total Amount: $772.00

Creation Date: Tuesday, December 20, 2016

Payment Date: Tuesday, December 20, 2016

**1 Item paid with this One-time Payment**

| Confirmation # | Invoice # or Bill to Name | Invoice Number | Account | Payment Amount | Please Enter | Deponent, Case Caption, Job Date, Additional Invoices |
|---|---|---|---|---|---|---|
| 3004491034 | M-061067 | M-061067 | $772.00 | $772.00 | 01 - Please Enter | Mozingo v. Oil States; Deponent: Wayne Eddy; Job Date 3/21/16 |

---

**Please DO NOT reply to this email. This email message was sent from a notification address that cannot accept incoming email.**

**To contact us, click here and review the Contact Us section on our web site.**

**Jessica Grass**

**From:** Do-Not-Reply@E-billexpress.com
**Sent:** Friday, April 22, 2016 3:54 PM
**To:** jgrass@employmentrightsgroup.com
**Subject:** Your one-time Payment to Document Technologies LLC has been initiated



**E-Bill** Express

**Your One-time Payment to Document Technologies LLC is being processed.**

| | |
|---|---|
| Invoice # or Bill to Name: | M-055359 |
| Account Name: | Joseph Chivers |
| Payment Account: | American Express ****3000 |
| Payment Amount: | $985.50 |
| Total Amount: | $985.50 |
| Creation Date: | Friday, April 22, 2016 |
| Payment Date: | Friday April 22, 2016 |

**1 Bill paid with this One-time Payment**

| Confirmation # | Invoice # or Bill to Name | Invoice Number | Account | Payment Amount | Please Enter | Deponent, Case Caption, Job Date, Additional Invoices |
|---|---|---|---|---|---|---|
| 3002207325 | M-055359 | 3/9/16 | $985.50 | $985.50 | 01 - Please Enter | George Bolen, Jr., Mozingo v. Oils States, 3/9/16 |

Please DO NOT reply to this email. This email message was sent from a notification address that cannot accept incoming email.

To contact us, click here and review the Contact Us section on our web site.



**Phone:    212-557-7400**

| | |
|---|---|
| The Employment Rights Group | **Invoice #:**  M-061078 |
| 100 First Avenue | **Invoice Date:**  04/18/16 |
| Suite 650 | **Our Order #:**  NY-079068-02 |
| Pittsburgh, Pennsylvania  15222 | **Customer #:**  112396 |

Attn:  ZACHARY WARREN

Terms: Due upon receipt

**Case No: 215-CV-00529**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Sammy Mozingo vs Oil States Energy Services | | | | |
| | | | | |
| Job Date: 03/24/16 | | | | |
| Deponent: Michael George | | | | |
| Shipping and Handling | 1 | EACH | $50.00 | $50.00 |
| Production and Archiving | 1 | EACH | $40.00 | $40.00 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $45.00 | $45.00 |
| Deposition Transcript - Copy-Pg-STD | 242 | PAGE | $3.50 | $847.00 |

| | |
|---|---|
| **Subtotal:** | **$982.00** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$982.00** |

Thank You. Your Business is appreciated.

**REMIT TO:**

**DTI**

**PO Box 936158**

**Atlanta, GA 31193-6158**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**PLEASE PAY FROM THIS INVOICE**

**ABA Routing #: 121000248**

**Beneficiary Account #: 4125126904**

**Beneficiary Name: DTI**

**Tax No: 58-2413793**



**Phone:** **212-557-7400**

The Employment Rights Group
100 First Avenue
Suite 650
Pittsburgh, Pennsylvania 15222

| | |
|---|---|
| **Invoice #:** | M-061104 |
| **Invoice Date:** | 04/18/16 |
| **Our Order #:** | NY-079237-02 |
| **Customer #:** | 112396 |

Attn: ZACHARY WARREN

Terms: Due upon receipt

**Case No: 215-CV-00529**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Sammy Mozingo vs Oil States Energy Services | | | | |
| | | | | |
| Job Date: 03/25/16 | | | | |
| Deponent: Scot Pond | | | | |
| Shipping and Handling | 1 | EACH | $50.00 | $50.00 |
| Production and Archiving | 1 | EACH | $40.00 | $40.00 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $45.00 | $45.00 |
| Deposition Transcript - Copy-Pg-STD | 226 | PAGE | $3.50 | $791.00 |

| | |
|---|---|
| **Subtotal:** | **$926.00** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$926.00** |

Thank You. Your Business is appreciated.

**REMIT TO:**
**DTI**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #: 121000248**
**Beneficiary Account #: 4125126904**
**Beneficiary Name: DTI**

**Tax No: 58-2413793**



Phone:    **212-557-7400**

The Employment Rights Group
100 First Avenue
Suite 650
Pittsburgh, Pennsylvania  15222

Attn:  ZACHARY WARREN

| | |
|---|---|
| **Invoice #:** | M-062732 |
| **Invoice Date:** | 04/26/16 |
| **Our Order #:** | NY-081136-02 |
| **Customer #:** | 112396 |

Terms: Due upon receipt

**Case No: 215-CV-00529**

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Sammy Mozingo vs Oil States Energy Services | | | | |
| | | | | |
| Job Date: 04/05/16 | | | | |
| Deponent: Donald Robert Bratton, Jr. | | | | |
| Shipping and Handling | 1 | EACH | $50.00 | $50.00 |
| Production and Archiving | 1 | EACH | $40.00 | $40.00 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $45.00 | $45.00 |
| Deposition Transcript - Copy-Pg-STD | 275 | PAGE | $3.50 | $962.50 |

| | |
|---|---|
| **Subtotal:** | **$1,097.50** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,097.50** |

Thank You. Your Business is appreciated.

---

**REMIT TO:**
**DTI**
**PO Box 936158**
**Atlanta, GA 31193-6158**

**For credit card payments, please visit**
**https://ww2.e-billexpress.com/ebpp/DTI**

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #: 121000248**
**Beneficiary Account #: 4125126904**
**Beneficiary Name: DTI**

Tax No: 58-2413793



**Phone:** **212-557-7400**

| | |
|---|---|
| The Employment Rights Group | **Invoice #:** M-062728 |
| 100 First Avenue | **Invoice Date:** 04/26/16 |
| Suite 650 | **Our Order #:** NY-081096-02 |
| Pittsburgh, Pennsylvania 15222 | **Customer #:** 112396 |

Attn: ZACHARY WARREN

Terms: Due upon receipt

**Case No: 215-CV-00529**

Sammy Mozingo vs Oil States Energy Services

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 04/12/16 | | | | |
| Deponent: MICHAEL BURCHIK | | | | |
| Shipping and Handling | 1 | EACH | $50.00 | $50.00 |
| Production and Archiving | 1 | EACH | $40.00 | $40.00 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $45.00 | $45.00 |
| Exhibit Scanning - OCR-PDF-Pg-STD | 265 | PAGE | $0.40 | $106.00 |
| Deposition Transcript - Copy-Pg-STD | 225 | PAGE | $3.50 | $787.50 |

|  |  |
|---|---|
| **Subtotal:** | **$1,028.50** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,028.50** |

Thank You. Your Business is appreciated.

---

**REMIT TO:**                                                    **PLEASE PAY FROM THIS INVOICE**

**DTI**                                                          **ABA Routing #: 121000248**

**PO Box 936158**                                    **Beneficiary Account #: 4125126904**

**Atlanta, GA 31193-6158**                                     **Beneficiary Name: DTI**

**For credit card payments, please visit**

**https://ww2.e-billexpress.com/ebpp/DTI**                              Tax No: 58-2413793

# DTI

**Phone:** 212-557-7400

The Employment Rights Group
100 First Avenue
Suite 650
Pittsburgh, Pennsylvania 15222

| | |
|---|---|
| **Invoice #:** | M-066059 |
| **Invoice Date:** | 05/11/16 |
| **Our Order #:** | NY-081098-02 |
| **Customer #:** | 112396 |

Attn: ZACHARY WARREN

Terms: Due upon receipt

**Case No: 215-CV-00529**

Sammy Mozingo vs Oil States Energy Services

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 04/15/16 | | | | |
| Deponent: Stephen Soltesz-Haughton | | | | |
| Shipping and Handling | 1 | EACH | $50.00 | $50.00 |
| Production and Archiving | 1 | EACH | $40.00 | $40.00 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $45.00 | $45.00 |
| Deposition Transcript - Copy-Pg-STD | 223 | PAGE | $3.50 | $780.50 |

| | |
|---|---|
| **Subtotal:** | **$915.50** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$915.50** |

**Depo Location:**     Liberty Center
1001 Liberty Ave, Ste 1000
Pittsburgh, PA 15222

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #: 121000248**
**Beneficiary Account #: 4125126904**
**Beneficiary Name: DTI**

Tax No: 58-2413793



**ADVANCED SURVEILLANCE GROUP, INC.**

**CORPORATE HEADQUARTERS**
42815 Garfield Rd., Suite 208
Clinton Township, MI 48038

888-677-9700                    Fax: 586-783-3939

## CREDIT CARD INFORMATION

Name as it appears on card:    <u>Joseph H. Chivers</u>

Address Credit card is mailed to:    <u>100 First Avenue</u>

<u>Suite 650</u>

<u>Pittsburgh, PA 15222</u>

Type of Card (Circle):    VISA    MASTERCARD    (AMERICAN EXPRESS)

Credit Card #: _____

Expiration Date: _____    V-Code (3 Digits): _____

AMOUNT:  <u>**$525.00**</u>

*\*\*Charges will appear on the credit card statement as "ASG"\*\**

I authorize Advanced Surveillance Group, Inc. and its representatives to process a charge on the above account, for deposit into the agency account and credit any outstanding invoices, as follows:

Your credit card will be verified with the bank prior to the commencement of your requested services and the release of any information.

_____
Signature of Card Holder

<u>4 / 18 / 16</u>
Date

JG



**Mozingo Sammy**

| | | |
|---|---|---|
| | | |
| | | |
| May 2016 | | |
| | | |
| | | |
| Search and Retrieval  (Retrieval of Requested Documents) | | $      481.06 |
| | | |
| | | |
| | | |
| | | |
| **Total for Matter** | | $      481.06 |
| | | |
| | | |

---

**THE EMPLOYMENT RIGHTS GROUP, LLC**
100 1ST AVE STE 1010
PITTSBURGH, PA 15222-1530

1123

60-1809/433
2962

⌂CHECK ARMOR

DATE  5/20/16

PAY
TO THE
ORDER OF _General Motors LLC_                                    | $ 481·06

_Four hundred eighty one   and 06/100_ ~~~~~~ DOLLARS 🔒 Security Features Details on Back.

First National Bank

FOR _Mozingo, Discovery Expenses_

MP



## PRIVATE PROCESS AND SKIP TRACE SERVICES

June 8, 2016

Home
About Us
Services/Price List
What Our Clients Are Saying
Contact Us



### "YOU SEE RESULTS IMMEDIATELY -- NOT JUST PROMISES, BUT RESULTS"

JACKSON AND ASSOCIATES INVITES YOU TO COME ON BOARD AS ANOTHER SATISFIED CLIENT WITH ALL YOUR CIVIL FORMS OF PROCESS NEEDS! WANT TO FIND OUT MORE INFORMATION ABOUT US, JUST CLICK ON ABOUT US.

OUR PRICES ARE SECOND TO NONE AND WE GIVE SPECIAL DISCOUNTS FOR MULTIPLE PAPERS SERVED TO THE SAME PERSON. JUST BROWSE OUR SERVICES AND PRICE LIST TO FIND OUT MORE.

CONTACT US TO TAKE ADVANTAGE OF OUR PROMPT & PROFESSIONAL SERVICE

NEED TO HAVE A REFERENCE POINT OF VIEW? SEE WHAT OUR CLIENTS ARE SAYING .

### Jackson & Associates
P.O.Box 711401
Houston, Tx 77271-1401
Ofc (281) 530-4160 . **Cell** (832) 236-0985

---

**THE EMPLOYMENT RIGHTS GROUP, LLC**
100 1ST AVE STE 1010
PITTSBURGH, PA 15222-1530

1146

60-1809/433
2962

DATE 6/8/16

PAY TO THE ORDER OF _Jackson and Associates_    $ 105.00

_One hundred five and 00/100_ ——————— DOLLARS

First National Bank

FOR _Mijango v. Al States; Jill Curry Subpoena Fee_    _James L. Grass_

# UNITED STATES DISTRICT COURT
### for the

Western District of Pennsylvania ▼

| | |
|---|---|
| SAMMY MOZINGO, ET AL. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  2:15-529 CB |
| OIL STATES ENERGY SERVICES, L.L.C., ET AL. | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:                     Jill Curry

*(Name of person to whom this subpoena is directed)*

☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

| Place: DTI 2600 N. Loop West, Suite 200A, Houston, TX 77092 | Date and Time: 6/17/16 at 9:00 AM |
|---|---|

The deposition will be recorded by this method:    stenographic, sound and visual recordings and transcripts

---

**THE EMPLOYMENT RIGHTS GROUP, LLC**
100 1ST AVE STE 1010
PITTSBURGH, PA 15222-1530

1145

60-1809/433
2962

DATE 6/8/16

PAY TO THE ORDER OF  Jill Curry      $ 50.00

Fifty dollars    and 00/100     DOLLARS

First National Bank

FOR Mozingo v. Oil States, witness fee

*Attorney's signature*

---

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Plaintiffs
, who issues or requests this subpoena, are:

Zachary K. Warren, Esq., The Employment Rights Group, 100 First Ave, Suite 650, Pittsburgh, PA 15222, zkw@employmentrightsgroup.com, 412-227-0763.

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



**Phone:** 212-557-7400

Employment Rights Group
100 1st Avenue
Suite 650
Pittsburgh, PA 15222

| | |
|---|---|
| **Invoice #:** | M-079106 |
| **Invoice Date:** | 07/25/16 |
| **Our Order #:** | NY-089477-03 |
| **Customer #:** | 112396 |

Attn: ZACHARY WARREN

Terms: Due upon receipt

Sammy Mozingo vs Oil States Energy

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Job Date: 06/16/16 | | | | |
| Deponent: Jill Curry | | | | |
| Shipping and Handling | 1 | EACH | $25.00 | $25.00 |
| Tape Stock - DV Cam-Ea-STD | 2 | EACH | $25.00 | $50.00 |
| Video + Sync & Media-Hr-STD | 3 | HOUR | $140.00 | $420.00 |
| Video Conference-Hr-Houston, TX | 1 | HOUR | $250.00 | $250.00 |
| Video Conference-Hr-Pittsburgh, PA | 1 | HOUR | $250.00 | $250.00 |

| | | |
|---|---|---|
| **Subtotal:** | | **$995.00** |
| **Sales Tax** | | **$0.00** |
| **Total Invoice USD** | | **$995.00** |

**Depo Location:**  2600 North Loop West
Suite 200-A
Houston, TX 77092

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #: 121000248**
**Beneficiary Account #: 4125126904**
**Beneficiary Name: DTI**

Tax No: 58-2413793



**Phone:**    212-557-7400

| | |
|---|---|
| Employment Rights Group | **Invoice #:** M-078039 |
| 100 1st Avenue | **Invoice Date:** 07/19/16 |
| Suite 650 | **Our Order #:** NY-089477-01 |
| Pittsburgh, PA  15222 | **Customer #:** 112396 |

Attn:  ZACHARY WARREN

Terms: Due upon receipt

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Sammy Mozingo vs Oil States Energy | | | | |
| | | | | |
| Job Date: 06/16/16 | | | | |
| Deponent: Jill Curry | | | | |
| Rough ASCII-Pg-STD | 105 | EACH | $1.45 | $152.25 |
| Shipping and Handling | 1 | EACH | $50.00 | $50.00 |
| Production and Archiving | 1 | EACH | $40.00 | $40.00 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $45.00 | $45.00 |
| Exhibit Scanning - OCR-PDF-Pg-STD | 27 | PAGE | $0.40 | $10.80 |
| Deposition Transcript - Original and one copy | 127 | PAGE | $4.25 | $539.75 |

| | |
|---|---|
| **Subtotal:** | **$837.80** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$837.80** |

**Depo Location:**    2600 North Loop West
Suite 200-A
Houston, TX  77092

Thank You. Your Business is appreciated.

**REMIT TO:**
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

Tax No: 58-2413793



**Phone:**   **212-557-7400**

Employment Rights Group
100 1st Avenue
Suite 650
Pittsburgh, PA  15222

Attn:  ZACHARY WARREN

| | |
|---|---|
| **Invoice #:** | M-079094 |
| **Invoice Date:** | 07/26/16 |
| **Our Order #:** | NY-089066-03 |
| **Customer #:** | 112396 |

Terms: Due upon receipt

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Sammy Mozingo vs Oil States Energy | | | | |
| | | | | |
| Job Date: 06/17/16 | | | | |
| Deponent: Terry Woodall | | | | |
| Video Conference-Texas | 4 | HOUR | $125.00 | $500.00 |
| Video Conference-Pittsburgh | 4 | HOUR | $125.00 | $500.00 |
| Shipping and Handling | 1 | EACH | $25.00 | $25.00 |
| Tape Stock - DV Cam-Ea-STD | 2 | EACH | $25.00 | $50.00 |
| Video + Sync & Media-Hr-STD | 4 | HOUR | $140.00 | $560.00 |

| | |
|---|---|
| **Subtotal:** | **$1,635.00** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,635.00** |

**Depo Location:**   2600 North Loop West
Suite 200-A
Houston, TX  77092

Thank You. Your Business is appreciated.

**REMIT TO:**
DTI
PO Box 936158
Atlanta, GA 31193-6158

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

**PLEASE PAY FROM THIS INVOICE**
**ABA Routing #: 121000248**
**Beneficiary Account #: 4125126904**
**Beneficiary Name: DTI**

Tax No: 58-2413793



**INVOICE**

**Phone:**  **212-557-7400**

Employment Rights Group
100 1st Avenue
Suite 650
Pittsburgh, PA  15222

| | |
|---|---|
| **Invoice #:** | M-079096 |
| **Invoice Date:** | 07/26/16 |
| **Our Order #:** | NY-089073-03 |
| **Customer #:** | 112396 |

Attn:  ZACHARY WARREN

Terms: Due upon receipt

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Sammy Mozingo vs Oil States Energy | | | | |
| | | | | |
| Job Date: 06/20/16 | | | | |
| Deponent: Corey Michael Courts | | | | |
| Shipping and Handling | 1 | EACH | $25.00 | $25.00 |
| Video + Sync & Media-Hr-STD | 7 | HOUR | $140.00 | $980.00 |
| Tape Stock - DV Cam-Ea-STD | 3 | EACH | $25.00 | $75.00 |

| | | |
|---|---|---|
| **Subtotal:** | | **$1,080.00** |
| **Sales Tax** | | **$0.00** |
| **Total Invoice USD** | | **$1,080.00** |

**Depo Location:**    100 First Avenue
Suite 650
Pittsburgh, PA  15222

Thank You. Your Business is appreciated.

---

**REMIT TO:**
DTI
PO Box 936158
Atlanta, GA 31193-6158

**PLEASE PAY FROM THIS INVOICE**
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

Tax No: 58-2413793



**Phone:** 212-557-7400

| | |
|---|---|
| Employment Rights Group | |
| 100 1st Avenue | |
| Suite 650 | |
| Pittsburgh, PA 15222 | |

| | |
|---|---|
| **Invoice #:** | M-078036 |
| **Invoice Date:** | 07/19/16 |
| **Our Order #:** | NY-089073-01 |
| **Customer #:** | 112396 |

Attn: ZACHARY WARREN

Terms: Due upon receipt

| | QTY | UNIT | UNIT PRICE | TOTAL |
|---|---|---|---|---|
| Sammy Mozingo vs Oil States Energy | | | | |
| | | | | |
| Job Date: 06/20/16 | | | | |
| Deponent: Corey Michael Courts | | | | |
| Shipping and Handling | 1 | EACH | $50.00 | $50.00 |
| Production and Archiving | 1 | EACH | $40.00 | $40.00 |
| TotalTranscript CD-Ea-STD | 1 | EACH | $45.00 | $45.00 |
| Exhibit Scanning - OCR-PDF-Pg-STD | 168 | PAGE | $0.40 | $67.20 |
| Deposition Transcript - Original and one copy | 305 | PAGE | $3.50 | $1,067.50 |

| | |
|---|---|
| **Subtotal:** | **$1,269.70** |
| **Sales Tax** | **$0.00** |
| **Total Invoice USD** | **$1,269.70** |

**Depo Location:**   100 First Avenue
Suite 650
Pittsburgh, PA 15222

Thank You. Your Business is appreciated.

REMIT TO:
DTI
PO Box 936158
Atlanta, GA 31193-6158

PLEASE PAY FROM THIS INVOICE
ABA Routing #: 121000248
Beneficiary Account #: 4125126904
Beneficiary Name: DTI

For credit card payments, please visit
https://ww2.e-billexpress.com/ebpp/DTI

Tax No: 58-2413793

.com

Begin forwarded message:

**From:** "American Airlines@aa.com" <notify@aa.globalnotifications.com>
**Subject:** E-Ticket Confirmation-CSZYJP 21JUN
**Date:** June 15, 2016 at 10:36:25 AM EDT
**To:** "ZKW@EMPLOYMENTRIGHTSGROUP.COM"
<ZKW@EMPLOYMENTRIGHTSGROUP.COM>



Ticket Issued: Jun 15, 2016

# Joseph H Chivers,

Thank you for choosing American Airlines / American Eagle, a member of the
oneworld® Alliance. Below are your itinerary and receipt for the ticket(s)
purchased. Please print and retain this document for use throughout your
trip.

You may check in and obtain your boarding pass for U.S. domestic electronic
tickets within 24 hours of your flight time online at AA.com by using
www.aa.com/checkin or at a Self-Service Check-In machine at the airport.
Check-in options may be found at  www.aa.com/options.   For information
regarding American Airlines checked baggage policies, please visit
www.aa.com/baggageinfo.

To receive updated flight status notifications, please visit
www.aa.com/notifications.

**For faster check-in  at the airport, scan the barcode below at any AA
Self-Service machine.**

You must present a government-issued photo ID and either your boarding

pass or a priority verification card at the security screening checkpoint.

You can now Manage Your Reservation on aa.com, where you can check in and purchase additional items to customize your journey. A variety of seating options are also available for purchase to enhance your travel with features such as convenient front of cabin location, extra legroom and early boarding.







| | | | | | |
|---|---|---|---|---|---|
| Record Locator | | **CSZYJP** | | | |

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 5451 | WILMINGTON NC<br>TUE 21JUN<br>8:00 PM | CHARLOTTE<br><br>9:09 PM | W |

OPERATED BY PSA AIRLINES AS AMERICAN EAGLE

| Donald Bratton Jr | Seat 21A | Economy |
|---|---|---|

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 1793 | CHARLOTTE<br>TUE 21JUN<br>10:25 PM | PITTSBURGH<br><br>11:48 PM | W |

| Donald Bratton Jr | Seat 22E | Economy |
|---|---|---|

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 1724 | PITTSBURGH<br>WED 22JUN<br>7:20 PM | CHARLOTTE<br><br>8:47 PM | G |

| Donald Bratton Jr | Seat 21B | Economy |
|---|---|---|

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 5250 | CHARLOTTE<br>WED 22JUN<br>10:35 PM | WILMINGTON NC<br><br>11:35 PM | G |

OPERATED BY PSA AIRLINES AS AMERICAN EAGLE

| Donald Bratton Jr | Seat 20C | Economy |
|---|---|---|

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|---|---|---|---|---|
|  Donald Bratton Jr | 0012377748538 | 464.18 | 77.02 | 541.20 |

Baggage Information

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -ILMPIT-No free checked bags/ American Airlines BAG ALLOWANCE -PITILM-No free checked bags/ American Airlines 1STCHECKED BAG FEE-ILMPIT-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-PITILM-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-ILMPIT-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-PITILM-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY.

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

You have 24 hours to cancel your trip for a full refund if you booked at least 7 days prior to departure. You must cancel your trip before requesting a refund. To cancel your trip, login on aa.com or Contact Reservations. For our refund policy and to request a refund, go to www.aa.com/refunds

One or more of your flights is a Codeshare flight and is operated by a Partner Airline. If your journey begins with a flight operated by one of American's Partner Airlines, then please check-in with the Partner Airline for that portion of your journey. Upon check-in, they will check your luggage to its final destination and provide boarding passes for your connecting flights, if applicable.

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid. Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium

batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit **www.aa.com/refunds**.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's **conditions of carriage**.

## NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

If you have a customer service issue, please **Contact AA**.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient(s). This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, please do not read, distribute, or take action in reliance upon this message. If you suspect you have received this email in error, please notify the sender and promptly delete this message and its attachments from your computer.

Conditions of Carriage        Special Assistance        Flight Check-in        Flight Status
Notification

NRID: 1329663550561509053858100

# BRUEGGER'S

1644 Cochran Rd
Pittsburgh PA 15220
412-561-5560
We Cater: 1.855.776.0660

6/22/16 7:57:58 AM    DrvThru
Order Number:    2212050

| | | |
|---|---|---|
| 2 | Small Bagel CC Box | 33.98 |
| 1 | Brew For Crew Coffee | 15.99 |

| | |
|---|---|
| Discount Total: | 0.00 |
| Sub. Total: | 49.97 |
| State & Local Tax: | 3.50 |
| Total: | 53.47 |

| | |
|---|---|
| Change | 0.00 |
| Visa: | -53.47 |

Register:3       Tran Seq No: 2212050
Store No:0080              Giacobbe

Kudos, Comments, Questions?
Call 1-888-8BAKERY
www.brueggers.com

Visa
Card Num : XXXXXXXXXXXX9854
Terminal : 000800400806
Approval : 812725
Batch Number: 110
Entry Method: S

I agree to pay the above Total Amount
according to Card Issuer Agreement.

Signature: _____
Merchant Copy

REGIONS **PRIORITY BANKING**

LOG OUT  CONTACT US  SITE MAP

ACCOUNTS ▾ | TRANSFERS ▾ | PAYMENTS ▾ | INSIGHTS | MOBILE BANKING | CUSTOMER SERVICE

Summary → View Detail / Register   Online Statements   Add Categories   View/Edit Categories   View Reports

### Account Details - LIFEGREEN PREFERRED CHECKING ******3637

🖶 Print Page

| 6/26/2016 | PU | SHELL | ($23.16) |

GAS —

| 06/23/2016 | CARD | SHEET? 0407 0059 | $12.44 |
| 06/23/2016 | CARD | TSP 219 0059 | $16.07 |
| 06/23/2016 | CARD | GO MART #53 0059 | $27.16 |
| 06/23/2016 | CARD | SHELL OIL 10015 0059 | $26.65 |



**HAMPTON INN UNIV CENTER**
3315 HAMLET STREET
PITTSBURGH, PA 15213
United States of America
TELEPHONE 412-681-1000 • FAX 4126813022
Reservations
www.hamptoninn.com or 1 800 HAMPTON

GORDON, KARI

| | |
|---|---|
| Room No: | 318/EXQN |
| Arrival Date: | 6/22/2016  3:47:00 AM |
| Departure Date: | 6/23/2016 8:47:00 AM |
| Adult/Child: | 2/0 |
| Cashier ID: | BWARD86/BENJAMIN |
| Room Rate: | 149.00 |
| AL: | |
| HH #: | 235482244 GOLD |
| VAT #: | |
| Folio No/Che | 485065 A |

Confirmation Number: 84402784

HAMPTON INN UNIV CENTER 6/23/2016 8:47:00 AM

| DATE | REF NO | DESCRIPTION | CHARGES |
|---|---|---|---|
| 6/22/2016 | 1567067 | PARKING FOR 6/21/2016 | $10.18 |
| 6/22/2016 | 1567067 | PARKING TAX | $3.82 |
| 6/22/2016 | 1567068 | GUEST ROOM - 6/21/2016 | $149.00 |
| 6/22/2016 | 1567068 | STATE TAX | $10.43 |
| 6/22/2016 | 1567068 | COUNTY TAX | $10.43 |
| 6/22/2016 | 1567227 | PARKING | $10.18 |
| 6/22/2016 | 1567227 | PARKING TAX | $3.82 |
| 6/22/2016 | 1567228 | GUEST ROOM | $149.00 |
| 6/22/2016 | 1567228 | STATE TAX | $10.43 |
| 6/22/2016 | 1567228 | COUNTY TAX | $10.43 |
| 6/23/2016 | 1567419 | VS *4797 | ($367.72) |

You have earned approximately 8195 Hilton HHonors points for this stay. Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 3,900

Hampton hotels are all over the world. Find us in Canada, Costa Rica, Ecuador, Germany, India, Mexico, Poland, Turkey, United Kingdom, and United States of America. Coming soon in Italy and Romania.

**CREDIT CARD DETAIL**

| | | | |
|---|---|---|---|
| APPR CODE | 09689C | MERCHANT ID | 8014551082 |
| CARD NUMBER | VS *4797 | EXP DATE | 01/18 |
| TRANSACTION ID | 1567419 | TRANS TYPE | Sale |



150% PWD

e dash
5:51 2/24

# copiesatcarson,inc.

Copies at Carson, Inc.
1315 East Carson Street
Pittsburgh, PA 15203
P:412.481.4875
F:412.481.4890
printme@copiesatcarson.com

## Sales Receipt

Work Order #:      95764
Transaction #:     337294
Date:  2/24/2016    Time:  5:50:48 PM
Cashier:  980       Register #:   1

Reference: Scans
Per: Jessica Grass

| Description | Amount |
|---|---|
| ================= | ============ |
| SCAN TXT | $679.35 |
| PER PAGE | |
| 1941 @ $0.35 | |
| SCAN HAND PLACED | $1,353.00 |
| 1353 @ $1.00 | |
| MANUAL STAPLE | $4.20 |
| 84 @ $0.05 | |
| CD Archiving-CDR | $30.00 |
| 6 @ $5.00 | |

| | |
|---|---|
| | ============ |
| Sub Total | $2,066.55 |
| PA Sales Tax 7.0% | $144.66 |
| Total | $2,211.21 |
| American Express Tendered | $2,211.21 |
| Change Due | $0.00 |

Thank you for shopping!
Online Specials at
www.copiesatcarson.com

12/21/16

**BRUEGGER'S**
1644 Cochran Rd
Pittsburgh PA 15220
412-561-5560
We Cater: 1.855.776.0660
   12/21/16 7:33:10 AM   Eat In
Order Number:  **2297841**
1 Small Bagel CC Box          16.99
1 Large Muffin Box            31.99
1 Brew For Crew Coffee        15.99
1 Brew For Crew Coffee        15.99
1 Gallon OJ                   14.99

   \*\*\*Guest Survey\*\*\*
   ENJOY 3 FREE BAGELS
Share your feedback within 3 days at
   www.brueggerssurvey.com

   0080 - 643 - 297841

   VALIDATION CODE: _____
           PLU 3240
   NOT VALID WITH OTHER OFFERS
  \*\*Does Not Include Cream Cheese\*\*
  EXPIRES 14 DAYS FROM DATE ON RECEIPT
  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

   Discount Total:            0.00
   Sub. Total:               95.95
   State & Local Tax:         6.72
   Total:                   102.67

   Change                     0.00
   Visa:                   -102.67
Register:1      Tran Seq No: 2297841
Store No:0080               Mary Jo

   Kudos, Comments, Questions?
       Call 1-888-8BAKERY
       www.brueggers.com


Visa
Card Num : XXXXXXXXXXXX9854
Terminal : 000800400606
Approval : 307494
Batch Number: 292
Entry Method: S


I agree to pay the above Total Amount
according to Card Issuer Agreement.


Signature: _____
Merchant Copy

# HOMEWOOD SUITES

BY HILTON®

1410 Smallman Street • Pittsburgh, PA 15222
Phone (412) 232-0200 • Fax (412) 232-0202
Reservations
www.homewoodsuites.com or 1-800-CALL-HOME®

**Name & Address**

GORDON, KARI

| Suite | 713/NKJ |
|---|---|
| Arrival Date | 7/9/2017 6:34:00 PM |
| Departure Date | 7/11/2017 |
| Adult/Child | 2/0 |
| Room Rate | 135.15 |
| Rate Plan: | MFR |
| HH # | 235482244 GOLD |
| AL: | |
| Car: | |

*Folio*

Confirmation Number: 86689293

7/10/2017


HILTON
HHONORS

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/9/2017 | 252248 | PET FEE | $50.00 |
| 7/9/2017 | 252248 | MISC - STATE TAX 7% | $3.50 |
| 7/9/2017 | 252249 | SUITE SHOP | $3.00 |
| 7/9/2017 | 252407 | VALET PARKING | $22.00 |
| 7/9/2017 | 252408 | GUEST ROOM | $135.15 |
| 7/9/2017 | 252408 | RM - STATE TAX 6% | $8.11 |
| 7/9/2017 | 252408 | RM - OCCUPANCY TAX 7% | $9.46 |
| 7/9/2017 | 252408 | RM - CITY TAX 1% | $1.35 |
| 7/10/2017 | 252513 | GUEST ROOM | $143.10 |
| 7/10/2017 | 252513 | RM - STATE TAX 6% | $8.59 |
| 7/10/2017 | 252513 | RM - OCCUPANCY TAX 7% | $10.02 |
| 7/10/2017 | 252513 | RM - CITY TAX 1% | $1.43 |
| 7/10/2017 | 252514 | VS *6203 | ($395.71) |
| | | **BALANCE** | $0.00 |

EXPENSE REPORT SUMMARY

| | 7/9/2017 | 7/10/2017 | STAY TOTAL |
|---|---|---|---|
| ROOM AND TAX | $154.07 | $163.14 | $317.21 |
| MISCELLANEOUS | $75.00 | $0.00 | $75.00 |
| OTHER | $3.50 | $0.00 | $3.50 |
| DAILY TOTAL | $232.57 | $163.14 | $395.71 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 5,000 hotels
and resorts in 100 countries, please visit Honors.com



CONRAD




Hilton






Hilton Garden Inn


Hampton


HOMEWOOD SUITES

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| VS *6203 | | 7/10/2017 | 72895 A |

| CARD MEMBER NAME | | | |
|---|---|---|---|
| GORDON, KARI | | | |

| | AUTHORIZATION | | INITIAL |
|---|---|---|---|
| | 08516C | | |

| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT |
|---|---|

PURCHASES & SERVICES

TAXES

TIPS & MISC.

| MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND. | TOTAL AMOUNT | -395.71 |
|---|---|---|

**PAYMENT DUE UPON RECEIPT**

HOME2

Hilton
Grand Vacations

Dealer# FG54111374001

**EXXON EXPRESS PAY**

WHITING-JAMISON #712
FG54111374001
MILEPOST 17-I77N
CAMP CREEK  , WV
25820
07/09/2017 351870472
02:05:17 PM

XXXXXXXXXXXXX5934
Visa
INVOICE 058767
AUTH 098129

PUMP# 4
Supreme-+          8.203G
PRICE/GAL         $2.899

FUEL TOTAL    $   23.78

CREDIT        $   23.78

Customer-activated Purchase/Capture
Site #: 000000004211421
Shift Number 1
Sequence Number 88698
Swiped
APPROVED 08129

Welcome to the Turnpike!

Go-Mart
28 Court Street
WV      Jane Lew
26378
304-884-6672
Term: JD54022700001
Appr: 042093
Seq#: 047796

Premium
PUMP No.            04
GALLONS         15.978
PRICE/G         $2.599
TOTAL FUEL      $41.53
Visa
Capture
XXXXXXXXXXX5934

07/10/2017 18:30:26

I agree to pay the
above Total Amount
according to Card
Issuer Agreement.

TOTAL SALE     $41.53

THANK YOU
HAVE A NICE DAY