IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAMMY MOZINGO, *et al.* | : CIVIL ACTION |
| | : |
| v. | : NO. 15-529 |
| | : |
| OIL STATES ENERGY SERVICES, L.L.C., *et al.* | : |

## ORDER

**AND NOW**, this 18th day of September 2018, upon considering Plaintiffs' Motion for attorneys' fees and costs (ECF Doc. No. 507), Defendants' Response (ECF Doc. No. 510), Plaintiffs' Reply (ECF Doc. No. 511) and after carefully examining hundreds of pages of timesheets, costs and the Defendants' over thirty objections, it is **ORDERED** Plaintiffs' Motion (ECF Doc. No. 507) is **GRANTED in part** and **DENIED in part** and we award **$2,263,904.50** in attorneys' fees and **$118,826.61** in costs finding these amounts reasonable both as to the time expended and rates in this District for the individual wage and overtime claims brought by twenty-nine employees.

KEARNEY, J.