# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMMY MOZINGO, *et al.* | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 15-529 |
| | : | |
| OIL STATES ENERGY SERVICES, L.L.C., *et al.* | : | |

## ORDER

**AND NOW**, this 1st day of February 2019, upon considering the parties' joint Motion for an indicative ruling under Fed.R.Civ.P. 62.1 (ECF Doc. No. 526) to allow us, presently absent jurisdiction while the parties appeal (ECF Doc. No. 519), to evaluate a substantial issue presented by the parties' proposed settlement of claims under the Fair Labor Standards Act, and finding we would grant a motion to approve the settlement agreement attached to the parties' joint Motion (ECF Doc. No. 526-1) as a fair and reasonable resolution of a bona fide dispute under 29 U.S.C. § 201 *et seq.*, it is **ORDERED** the joint Motion (ECF Doc. No. 526) is **GRANTED** requiring the parties promptly seek remand from the Court of Appeals for the purposes of our resolving a joint motion for settlement consistent with the settlement agreement (ECF Doc. No. 526-1).

_____
KEARNEY, J.