UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

February 6, 2019
DCO-037

No. 18-2986 & 18-3134

SAMMY MOZINGO; JAMIE HOLLOWAY; GEORGE BOLEN, JR.; DON BRATTON; MICHAEL BURCHIK; BARRETT DUPLECHAIN; WAYNE EDDY; MICHAEL FRANCIS; MATTHEW FRICK; MICHAEL GEORGE; KARI GORDON; CHRIS GRYMES; STEPHEN SOLTESZ-HAUGHTON; MILTON HOLIFIELD; DANIEL HOLIFIELD; MICHAEL HOLIFIELD; RYAN KARMANN; BRIAN KUBIAK; CHADRICK LEOPAUL; JASON LETT; DONALD LEWIS; GREG MORRILL; ROBERT PICKEL; SCOT POND; RYAN SHOWS; JEFFREY STEFFISH; BRIAN TULLY; STEPHEN WALTERS; MATT WILLIAMS

v.

OIL STATES ENERGY SERVICES, L.L.C., f/k/a Specialty Tank Supply; OIL STATES ENERGY SERVICES HOLDING, INC.; OIL STATES INTERNATIONAL, INC.

Oil States Energy Services, L.L.C.,
Appellant

(W.D. Pa. No. 2-15-cv-00529)

Present:  JORDAN and GREENAWAY, JR., Circuit Judges

　　Joint Motion by Parties for Limited Remand to allow District Court to Adjudicate a Motion to Approve a Final Settlement in this Action with this Court Retaining Jurisdiction.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　　　　　　　　　　Clerk/kr

_____ORDER_____
The foregoing motion is granted.

　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　s/Joseph A. Greenaway, Jr.
　　　　　　　　　　　　　　　　　　Circuit Judge

Dated: February 12, 2019
kr/cc:  All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk