## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAMMY MOZINGO,** *et al.* | : **CIVIL ACTION** |
| | : |
| | : |
| **v.** | : **NO. 15-529** |
| | : |
| **OIL STATES ENERGY SERVICES,** | : |
| **L.L.C.,** *et al.* | : |

## ORDER

**AND NOW**, this 13th day of February 2019, upon considering the parties' joint Motion for approval of a final settlement under the Fair Labor Standards Act (ECF Doc. No. 529) filed after our Court of Appeals granted leave to remand this issue for our consideration while the matter remains on appeal (ECF Doc. No. 528) and having found the Settlement Agreement describing a promise to pay compensation to the remaining Plaintiffs (ECF Doc. No. 529-1) in exchange for a release of statutory rights recognized by two juries represents a fair and reasonable settlement of a *bona fide* dispute between the parties under the Fair Labor Standards Act including payment of reasonable attorney fees to Plaintiffs' counsel with necessary and limited costs and the settlement agreement otherwise furthers the Act's implementation in the workplace after the jury's verdicts (ECF Doc. Nos. 381, 451), it is **ORDERED** the parties' joint Motion (ECF Doc. No. 529) is **GRANTED** as the settlement is **APPROVED** as a fair and reasonable settlement of a *bona fide* dispute.

_____
KEARNEY, J.