# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. <u>18-2986 & 18-3134</u>

Sammy Mozingo, et al v. Oil States Energy Services LLC, et al

(Originating Court No. 2-15-cv-00529)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,


s/ Patricia S. Dodszuweit
 Clerk

Date: March 15, 2019

kr/cc: Joseph H. Chivers III, Esq.
      John S. Connolly, Esq.
      Samuel B. Davidoff, Esq.
      Mr. William L. Davis, Esq.
      Michelle L. Hood, Esq.
      Marla N. Presley, Esq.
      Zachary K. Warren, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate